## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAREN LANETTE IRSHAD, et al., | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | No. 25-4270-MJM |
| | * | |
| KRISTI NOEM, et al., | * | |
| | * | |
| DEFENDANTS. | * | |
| | ****** | |

## ORDER

Upon consideration of the consent motion to extend time and finding good cause therefore,

it is hereby ORDERED that the motion is GRANTED and Defendants' time to answer, move, or

otherwise respond to the complaint is EXTENDED to August 24, 2026.


Date:___6/23/2026_____                    _____/S/_____

                                         Matthew J. Maddox
                                         U.S. District Court Judge